# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:05-cr-00700-TJS-1

Case title: USA v. SLEDGE

Date Filed: 12/14/2005
Date Terminated: 10/12/2006

Assigned to: HONORABLE TIMOTHY J. SAVAGE

### Defendant (1)

**DAVID A. SLEDGE**
*TERMINATED: 10/12/2006*
*also known as*
REMY
*TERMINATED: 10/12/2006*

represented by **JESSICA NATALI**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT STREET
PHILADELPHIA, PA 19106
215-861-8505
Fax: 215-861-8497
Email: jessica.natali@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**LEE MANDELL**
LEE MANDELL PC
TWO PENN CENTER PLAZA
1500 JOHN F KENNEDY BLVD SUITE 405
PHILADELPHIA, PA 19102
215-563-3395
Email: leemandellesq@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**TODD HENRY**
THE HENRY FIRM
1500 WALNUT ST
22nd FLOOR
PHILADELPHIA, PA 19102
TEL 215-545-7100
Email: dlombardo@thehenryfirm.biz
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1), (b)(1)(B) POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE ("CRACK") (1) | |
| 21:860 POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE ("CRACK") WITHIN 1000 FEET OF A SCHOOL (2) | IMPRISONMENT 120 MONTHS; SUPERVISED RELEASE 8 YEARS; SPECIAL ASSESSMENT $400.00; FINE $500.00 |
| 21:841(a)(1), (b)(1)(B) POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE ("CRACK") (3) | |
| 21:860 POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE ("CRACK") WITHIN 1000 FEET OF A SCHOOL (4) | IMPRISONMENT 120 MONTHS; SUPERVISED RELEASE 8 YEARS; SPECIAL ASSESSMENT $400.00; FINE $500.00 |
| 21:841(a)(1), (b)(1)(B) POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE ("CRACK") (5) | |
| 21:860 POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE ("CRACK") WITHIN 1000 FEET OF A SCHOOL (6) | IMPRISONMENT 120 MONTHS; SUPERVISED RELEASE 8 YEARS; SPECIAL ASSESSMENT $400.00; FINE $500.00 |
| 21:841(a)(1), (b)(1)(B) POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE ("CRACK") (7) | |
| 21:860 POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE ("CRACK") WITHIN 1000 FEET OF A SCHOOL (8) | IMPRISONMENT 120 MONTHS; SUPERVISED RELEASE 8 YEARS; SPECIAL ASSESSMENT $400.00; FINE $500.00 |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**　　　　　　　　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**　　　　　　　　　　　　　　　　　　　　**Disposition**

None

---

**Plaintiff**

**USA**　　　　　　　　　　　　　represented by　**MARK S. MILLER**
　　　　　　　　　　　　　　　　　　　　　　　　U.S. ATTORNEY'S OFFICE
　　　　　　　　　　　　　　　　　　　　　　　　615 CHESTNUT STREET
　　　　　　　　　　　　　　　　　　　　　　　　SUITE 1250
　　　　　　　　　　　　　　　　　　　　　　　　PHILA, PA 19106-4476
　　　　　　　　　　　　　　　　　　　　　　　　TEL 215-861-8357
　　　　　　　　　　　　　　　　　　　　　　　　Fax: FAX 215-861-8618
　　　　　　　　　　　　　　　　　　　　　　　　Email: mark.miller6@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2005 | 1 | SEALED INDICTMENT as to DAVID A. SLEDGE (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8. (tjsl, ) Additional attachment(s) added on 1/26/2006 (jczsl, ). (Entered: 12/14/2005) |
| 12/13/2005 | 2 | MOTION AND ORDER TO SEAL INDICTMENT AS TO DAVID A. SLEDGE. . Signed by Judge THOMAS J. RUETER on 12/13/05,12/14/05 Entered. (tjsl, ) Additional attachment(s) added on 1/26/2006 (jczsl, ). (Entered: 12/14/2005) |
| 12/13/2005 | 3 | MOTION AND ORDER FOR ISSUANCE OF BENCH WARRANT AS TO DAVID A. SLEDGE . Signed by Judge THOMAS J. RUETER on 12/13/05,12/14/05 Entered. (tjsl, ) Additional attachment(s) added on 1/26/2006 (jczsl, ). (Entered: 12/14/2005) |
| 12/13/2005 |  | BENCH Warrant Issued by THOMAS J. RUETER in case as to DAVID A. SLEDGE. (tjsl, ) (Entered: 12/14/2005) |
| 01/25/2006 | 4 | Letter from AUSA Unsealing Indictment/Information as to DAVID A. SLEDGE. (jczsl, ) (Entered: 01/26/2006) |

| | | |
|---|---|---|
| 01/25/2006 | | Case unsealed as to DAVID A. SLEDGE, INDICTMENT UNSEALED as to DAVID A. SLEDGE. (jczsl, ) (Entered: 01/26/2006) |
| 02/01/2006 | 5 | ORDER AS TO DAVID A. SLEDGE, THAT THE WARDEN OF LANCASTER COUNTY PRISON AND THE U.S. MARSHAL FOR THE E.D. OF PA. PRODUCE THE BODY OF DAVID A. SLEDGE, ON 2/23/06, AT 10:30 A.M., BEFORE THE HONORABLE JACOB P. HART IN COURTROOM 5A, FOR ARRAIGNMENT, AND THAT IMMEDIATELY UPON TERMINATION OF THE PROCEEDINGS, HE BE RETURNED TO THE CUSTODY OF THE SUPERINTENDENT OF THE INSTITUTION . Signed by Judge TIMOTHY J. SAVAGE on 2/1/06.2/1/06 Entered. (jcz, ) (Entered: 02/01/2006) |
| 02/24/2006 | 6 | Minute Entryfor proceedings held before Judge JACOB P. HART: Initial Appearance as to DAVID A. SLEDGE held on 2/23/06. ATTORNEY LEE MANDELL for DAVID A. SLEDGE ADDED IN CASE. No bail is set-govt. motion for temp. detention granted. Arraignment/Detention Hearing set for 2/28/2006 01:30 PM in COURTROOM 5A before MAGISTRATE JUDGE LINDA K. CARACAPPA. Court Reporter esr.(jcz, ) (Entered: 02/24/2006) |
| 02/24/2006 | 7 | ORDER OF TEMPORARY DETENTION AS TO DAVID A. SLEDGE, THAT A DETENTION HEARING IS SET FOR 2/28/06 AT 1:30 P.M., COURTROOM 5A BEFORE MAGISTRATE JUDGE CARACAPPA . Signed by Judge JACOB P. HART on 2/23/06.2/24/06 Entered and Copies E-Mailed. (jcz, ) (Entered: 02/24/2006) |
| 02/28/2006 | 8 | Minute Entryfor proceedings held before Judge JACOB P. HART Arraignment held on 2/23/06, ATTORNEY JESSICA NATALI APPOINTED for DAVID A. SLEDGE. Govt. requests 3 day continuance, Granted; Arraignment continued to 2/28/06.Court Reporter ESR.(cmc) (Entered: 02/28/2006) |
| 03/01/2006 | 9 | Minute Entryfor proceedings held before Judge LINDA K. CARACAPPA: Arraignment/Detention Hearing as to DAVID A. SLEDGE (1) Count 1,2,3,4,5,6,7,8 held on 2/28/2006. Plea entered by DAVID A. SLEDGE Not Guilty on ALL COUNTS. No bail is set. Deft. detained pending trial.Court Reporter ESR.(jcz, ) (Entered: 03/01/2006) |
| 03/01/2006 | 10 | NOTICE OF ATTORNEY APPEARANCE LEE MANDELL appearing for DAVID A. SLEDGE. (jcz, ) (Entered: 03/01/2006) |
| 03/01/2006 | 11 | CJA 23 Financial Affidavit by DAVID A. SLEDGE. (jcz, ) (Entered: 03/01/2006) |
| 03/02/2006 | 13 | ORDER AS TO DAVID A. SLEDGE, THIS CASE IS SPECIALLY LISTED FOR TRIAL ON 4/24/06 AT 9:30 A.M., COURTROOM 9A. THE GOVT. SHALL PROVIDE THE DEFT. WITH ALL AVAILABLE DISCOVERY NO LATER THAN 3/15/06. DEFT. SHALL FILE ALL PRETRIAL MOTIONS NO LATER THAN 3/29/06. THE GOVT. SHALL RESPOND NO LATER THAN 4/5/06. ON OR BEFORE 4/10/06, THE PARTIES SHALL FILE MOTIONS IN LIMINE. ALL RESPONSES TO MOTIONS IN LIMINE SHALL BE FILED NO LATER THAN 4/17/06. NO LATER THAN 4/17/06, THE PARTIES SHALL FILE PROPOSED VOIR DIRE QUESTIONS, JURY INSTRUCTIONS AND VERDICT SLIP. A HEARING ON ALL MOTIONS AND NECESSARY STARKS OR DAUBERT HEARING, WILL BE HELD ON 4/20/06 AT 10:30 A.M., COURTROOM 9A, ETC. . Signed by Judge |

| | | |
|---|---|---|
| | | TIMOTHY J. SAVAGE on 3/1/06.3/2/06 Entered and Copies Mailed, E-Mailed. (jcz, ) (Entered: 03/02/2006) |
| 03/28/2006 | 14 | ARREST Warrant Returned Executed on 2/21/06 in case as to DAVID A. SLEDGE. (jcz, ) (Entered: 03/29/2006) |
| 04/10/2006 | 15 | NOTICE OF ATTORNEY APPEARANCE TODD HENRY appearing for DAVID A. SLEDGE (HENRY, TODD) (Entered: 04/10/2006) |
| 04/24/2006 | 19 | Minute Entry for proceedings held before Judge TIMOTHY J. SAVAGE: Change of Plea Hearing as to DAVID A. SLEDGE held on 4/24/06. Plea entered as to DAVID A. SLEDGE (1) Guilty Count 1,2,3,4,5,6,7,8. P.S.I. report ordered. Sentencing set for 7/19/2006 10:00 AM before The HONORABLE TIMOTHY J. SAVAGE. Deft. remanded back into the custody of the U.S. Marshal.Court Reporter P. MCGOWAN.(jcz, ) (Entered: 04/25/2006) |
| 04/24/2006 | 20 | ORDER AS TO DAVID A. SLEDGE, THAT SENTENCING IS SCHEDULED FOR 7/19/06 AT 10:00 A.M., COURTROOM 9A. IT IS FURTHER ORDERED AS FOLLOWS: THE PARTIES SHALL FILE AND SERVE SENTENCING MEMORANDA WHICH SET FORTH ANY FACTUAL AND LEGAL AUTHORITY UPON WHICH THEY WILL RELY AT SENTENCING NO LATER THAN ONE WEEK BEFORE SEENTENCING; ANY MOTION UNDER 18 U.S.C. 3553(e) SHALL BE FILED AND SERVED NO LATER THAN ONE WEEK BEFORE SENTENCING, ETC. . Signed by Judge TIMOTHY J. SAVAGE on 4/24/06.4/25/06 Entered and Copies Mailed, E-Mailed. (jcz, ) (Entered: 04/25/2006) |
| 07/18/2006 | 22 | SEALED SENTENCING MEMORANDUM ON BEHALF OF DEFT. DAVID SLEDGE, CERTIFICATE OF SERVICE. (FILED UNDER SEAL). (jcz, ) (Entered: 07/18/2006) |
| 10/12/2006 | 23 | Minute Entry for proceedings held before Judge TIMOTHY J. SAVAGE: Sentencing held on 10/10/06 for DAVID A. SLEDGE (1), Count(s) 2, 4, 6, 8, IMPRISONMENT 120 MONTHS TO RUN CONCURRENT; SUPERVISED RELEASE 8 YEARS; SPECIAL ASSESSMENT $400.00; FINE $500.00. DEFT. SHALL RECEIVE CREDIT FOR TIME SERVED FROM 12/13/05.Court Reporter S. WHITE.(jcz, ) (Entered: 10/13/2006) |
| 10/12/2006 | 24 | JUDGMENT AS TO DAVID A. SLEDGE (1), Count(s) 2, 4, 6, 8, IMPRISONMENT 120 MONTHS; SUPERVISED RELEASE 8 YEARS; SPECIAL ASSESSMENT $400.00; FINE $500.00 . Signed by Judge TIMOTHY J. SAVAGE on 10/11/06.10/13/06 Entered. (jcz, ) (ke, ). (Entered: 10/13/2006) |
| 01/03/2007 | 25 | CJA 20 AS TO DAVID A. SLEDGE: APPOINTMENT OF ATTORNEY LEE MANDELL for DAVID A. SLEDGE . Signed by Judge JACOB P. HART on 2/23/06.1/3/07 Entered. (jcz, ) (Entered: 01/03/2007) |
| 06/27/2011 | 26 | Praecipe to Satisfy Financial Judgment by USA as to DAVID A. SLEDGE (mac, ) (Entered: 06/28/2011) |
| 09/20/2012 | 27 | TRANSCRIPT of Proceedings as to DAVID A. SLEDGE, Sentencing held on 10/10/12, before Judge TIMOTHY J. SAVAGE. (mac, ) (Entered: 09/20/2012) |

| 05/15/2014 | 28 | TRANSCRIPT of Proceedings as to DAVID A. SLEDGE, Change of Plea Hearing held on 4/24/06, before Judge Timothy J. Savage. (mac, ) (Entered: 05/15/2014) |
|---|---|---|
| 07/05/2018 | 29 | Probation Jurisdiction Transferred to EASTERN DISTRICT OF NEW YORK as to DAVID A. SLEDGE Transmitted Transfer of Jurisdiction form, with certified copies of Indictment, Judgment and Docket Sheet. (ke) (Entered: 07/05/2018) |
| 07/05/2018 |  | ***Transfer as to DAVID A. SLEDGE to the Eastern District of New York. (eibo, ) (Entered: 07/05/2018) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 07/06/2018 09:54:29 | | |
| **PACER Login:** ud0815:3426153:0 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 2:05-cr-00700-TJS |
| **Billable Pages:** 5 | **Cost:** | 0.50 |