PROB 12C
(11/09/17)SWPA

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 18 2019

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF NEW YORK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Sledge | Case Number: 18CR00336 |

Name of Sentencing Judicial Officer: The Honorable Timothy J. Savage, U.S. District Court Judge for the Eastern District of Pennsylvania. Jurisdiction was subsequently transferred to The Honorable Frederic Block, U.S. District Court Judge for the Eastern District of New York, on July 3, 2018.

Date of Original Sentence: October 10, 2006

Original Offense: Possession with Intent to Distribute 5 grams or more of Cocaine Base in violation of 21 U.S.C. 841(a)(1),(b)(1)(B), Class B felony; and Possession with Intent to Distribute 5 grams or more of Cocaine Base within 1000 feet of a School in violation of 21 U.S.C. 860, Class A felony

Original Sentence: One hundred twenty (120) months' custody, eight (8) years' supervised release, and a $400 special assessment fee, with the following special conditions: 1) Defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests to be performed at the time fixed by the Probation Office, 2) Defendant shall participate in a drug and alcohol aftercare treatment program at the direction of the Probation Office, and 3) Defendant shall pay a fine in the amount of $500.00

Type of Supervision: Supervised Release    Date Supervision Commenced: January 20, 2016

---

## PETITIONING THE COURT

☐ To issue a warrant, AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☑ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | New Criminal Conduct – Assault |
| 2. | New Criminal Conduct – Assault |
| 3. | New Criminal Conduct – Criminal Possession of a Weapon |
| 4. | New Criminal Conduct – Criminal Contempt |

U.S. Probation Officer Recommendation:

☑ The term of supervision should be revoked

I declare under penalty that the foregoing is true and correct.

*(signed)*

Samantha Miller
U.S. Probation Officer
Date: January 14, 2019

Approved by,

Yxs  Digitally signed by Yxs
Date: 2019.01.14
11:11:28 -05'00'

Yara X. Suarez
Supervisory U.S. Probation Officer
Date: January 14, 2019

---

## THE COURT ORDERS:

☐ The Issuance of a Warrant, AND ADDITIONALLY ORDERS THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.
☑ The Issuance of a Summons.
☐ Other

## UPON EXECUTION OF THE WARRANT:

☐ Defendant is ordered brought before District Judge forthwith.
☒ Initial appearance, arraignment on Violation Of Supervised Release charges, and detention hearing before Magistrate Judge

_____
Signature of Judicial Officer

Jan. 17, 2019
Date